UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-CR-00011-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER TO SEAL** |
| v. | |
| WILLIAM PARAS LAMB | |

On motion of the Defendant, William Paras Lamb, and for good cause shown, it is hereby

ORDERED that [DE 26]  be sealed until otherwise ordered by the Court, except that copies may

be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This **22** day of October, 2020.


JAMES C. DEVER III
United States District Judge