IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:20-CR-11-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM PARAS LAMB, | ) | |
| | ) | |
| Defendant. | ) | |

On October 20, 2021, defendant moved to seal the sentencing transcript to protect private and personal information. See [D.E. 62]; cf. [D.E. 57] (sentencing transcript). Defendant shall submit proposed redactions of those specific portions of the sentencing transcript containing "personal and private information." The court DENIES WITHOUT PREJUDICE defendant's motion to seal the entire sentencing transcript [D.E. 62].

SO ORDERED. This 21 day of October, 2021.

JAMES C. DEVER III
United States District Judge